1 | FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
2 | BETSY C. MANIFOLD (182450)
manifold@whafh.com
3 | PATRICK H. MORAN (270881)
moran@whafh.com
4 | WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP
5 | 750 B Street, Suite 2770
San Diego, California 92101
6 | Telephone: 619/239-4599
Facsimile: 619/234-4599

JOSEPH J. SIPRUT *(Admitted Pro Hac Vice)*
jsiprut@siprut.com
SIPRUT PC
122 South Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: 312/588-1440
Facsimile: 312/427-1850

Attorneys for Plaintiff and the Putative Class

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant,
PANDORA MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY YUNCKER, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant. | Case No. CV 11-3113-CW<br><br>**STIPULATION AND PROPOSED ORDER ON SCHEDULING OF MOTIONS AND RESPONSE TO COMPLAINT** |

**STIPULATION**

WHEREAS, Plaintiff filed his Complaint in this matter on June 23, 2011;

WHEREAS, on July 1, 2011, Pandora filed a Notice of Related Case in *Levine v. Google*, Civ. No.11-02157, which Plaintiff opposed on July 5, 2011;

WHEREAS, on July 25, 2011, the Clerk issued a Notice both in this case and in the *Levine* case stating that "the Court had reviewed the motion to relate and determined that no cases are related and no reassignments shall occur";

WHEREAS, on July 12, 2011, Pandora filed a Notice of Pendency of Related Action in *In Re: Google Inc. Android Consumer Privacy Litigation*, MDL Docket No. 2264 (the "putative Android MDL"), identifying this matter as closely related to the matters listed on the Schedule of Actions in the Android MDL;

WHEREAS, on July 22, 2011, Plaintiff filed an Opposition to Defendant's Notice of Pendency of Related Action in the Android MDL;

WHEREAS, on July 28, 2011, at a hearing of the United States Judicial Panel on Multidistrict Litigation, the Multi District Litigation Panel indicated it would likely entertain further argument about whether to transfer this action into the broader Android MDL; and

WHEREAS, the Pandora has notified Plaintiff of its intent to file a motion to stay this matter, pending a ruling on its Notice of Pendency of Related Action in the Android MDL;

NOW THEREFORE, the Parties have agreed to the following briefing schedule on Pandora's motion to stay and continuing Pandora's time to respond to Plaintiff's Complaint:

Pandora shall file its Motion to Stay this matter by August 4, 2011 and notice the motion for hearing on September 8, 2011 at 2:00 p.m.;

Plaintiff shall file his opposition to the Motion to Stay by August 18, 2011 and defendant shall reply, if any, on or before August 25, 2011;

If Pandora's Motion to Stay is denied, Pandora shall respond to the Complaint within 10 court days of service of the order denying Pandora's motion.

If Pandora's Motion to Stay is granted, and this action is subsequently transferred into the Android MDL, Pandora's time to respond to the Complaint will be determined by the assigned

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MDL court;

    If Pandora's Motion to Stay is granted and this action is not transferred into the Android MDL, Pandora shall respond to the Complaint within ten court days of service of the order denying Pandora's motion to transfer this matter into the Android MDL.

Dated: July 28, 2011    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: */s/* Betsy Manifold
Betsy Manifold

Attorneys for Plaintiff and the Putative Class

Dated: July 28, 2011    SIPRUT PC

By: */s/* Joseph Siprut
Joseph Siprut

Attorneys for Plaintiff and the Putative Class

Dated: July 28, 2011    FENWICK & WEST LLP

By: */s/* Tyler G. Newby
Tyler G. Newby

Attorneys for Defendant
PANDORA MEDIA, INC.

## ORDER

**SO ORDERED** at Oakland, California this **2nd** day of **August**, 2011.
**Except that motion to stay will be decided on the papers.**

Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO RESPOND TO COMPLAINT     2     CASE NO. CV- 11-3113-CW