FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
PATRICK H. MORAN (270881)
moran@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

JOSEPH J. SIPRUT *(Admitted Pro Hac Vice)*
jsiprut@siprut.com
SIPRUT PC
122 South Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: 312/588-1440
Facsimile: 312/427-1850

Attorneys for Plaintiff and the Putative Class

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendant,
PANDORA MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY YUNCKER, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant. | Case No. CV 11-3113-JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ON BRIEFING SCHEDULE FOR RESPONSIVE PLEADING** |

**STIPULATION**

WHEREAS, on September 1, 2011, the Honorable U.S. District Judge Claudia Wilken, to whom this matter was previously assigned, denied Pandora's Motion for Stay;

WHEREAS, on September 13, 2011, Judge Jeffrey S. White issued an Order relating this case to the *In re Google Inc. Android Privacy Litigation* MDL (the "*Google MDL*"), and ordered the parties to appear at the September 23, 2011 Case Management Conference scheduled in that matter;

WHEREAS, on September 14, 2011, this matter was reassigned to this Court for coordination with the *Google MDL*;

WHEREAS, the parties had previously stipulated that if this Court denied Pandora's Motion to Stay, Pandora's responsive pleading would be due 10 court days from this Court's order, thereby setting September 16, 2011 as the date for Pandora to file its responsive pleading;

WHEREAS, before this Court's September 13 Order, Defendant Pandora had requested additional time from Plaintiff to file its responsive pleading;

WHEREAS, Plaintiff agreed to extend Defendant Pandora's time to file its responsive pleading to and including September 30, 2011 and will not agree to any further extensions of time for Pandora to file its responsive pleading to Plaintiff's complaint filed on June 27, 2011, and

WHEREAS, Defendant Pandora intends to seek an Order of the Court at the September 23, 2011 Case Management Conference continuing its time to file a responsive pleading to the Complaint to the same date on which Google is required to file a responsive pleading in the *Google MDL,* and to coordinate the briefing and hearing schedule on those responsive motions. By entering this stipulation, Pandora does not intend to waive its ability to seek such a case management order at the September 23, 2011 CMC;

NOW THEREFORE, Plaintiff has agreed to extend Defendant Pandora's time to file its responsive pleading to and including September 30, 2011 and because the responsive pleading is likely to be a complex motion, the parties met and conferred in order to set longer periods for an opposition and reply as follows:

If Defendant Pandora files a Motion to Dismiss, Plaintiff shall file his opposition on or

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

before November 1, 2011 and

    Defendant Pandora shall file its Reply, if any, on or before November 23, 2011.

    The parties will discuss hearing dates at the September 23, 2011 CMC as is convenient with the Court's schedule.

Dated: September 15, 2011

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP

By: /s/ Betsy Manifold
Betsy Manifold

Attorneys for Plaintiff and the Putative Class

Dated: September 15, 2011

FENWICK & WEST LLP

By: /s/ Tyler G. Newby
Tyler G. Newby

Attorneys for Defendant
PANDORA MEDIA, INC.

## ORDER

**SO ORDERED** at San Francisco, California this 16th day of September, 2011.

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
United States District Judge