1  DAVID H. KRAMER, State Bar No. 168452
   MICHAEL H. RUBIN, State Bar No. 214636
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:    (650) 493-9300
   Facsimile:    (650) 565-5100
5  Email:        mrubin@wsgr.com

6  TONIA OUELLETTE KLAUSNER
   BRIAN M. WILLEN
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1301 Avenue of the Americas
   40th Floor
9  New York, NY 10019
   Telephone:    (212) 999-5800
10 Facsimile:    (212) 999-5899

11 *Attorneys for Defendant Google Inc.*
   [Additional Counsel Listed on Signature Page]

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 IN RE: GOOGLE ANDROID CONSUMER          )   Case No. 11-MD-02264 JSW
   PRIVACY LITIGATION                      )
17                                         )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER EXTENDING TIME TO**
18                                         )   **FILE PROPOSED STIPULATED**
                                           )   **PROTECTIVE ORDER**
19                                         )
                                           )
20 _____)
   TROY YUNCKER, individually and on behalf of )   Case No. 11-CV-03113 JSW
21 all others similarly situated,          )
                                           )
22                     Plaintiff,          )
                                           )
23            v.                           )
                                           )
24 PANDORA MEDIA, INC.,                    )
                                           )
25                     Defendant.          )
                                           )
26 _____)

27

28

1    Pursuant to Northern District of California Civil Local Rule 6-2, Defendants Google Inc.

2    and Pandora Media, Inc. and all Plaintiffs jointly submit the following Stipulation extending the

3    deadline to submit to the Court a proposed Stipulated Protective Order pursuant to the Court's

4    Civil Minute Order issued on September 26, 2011. All parties believe that additional time would be

5    helpful in order to jointly work through the Protective Order provisions most appropriate for this

6    complex consolidated proceeding. This is the parties' first request for an extension of time and, if

7    approved, the extension will not otherwise affect the schedule for this case nor delay the timely

8    resolution of this action.

9        1.    The undersigned parties agree and stipulate that the deadline to submit to the Court

10   a proposed Stipulated Protective Order shall be October 21, 2011.

11

12       Respectfully submitted,

13   DATE:  October 6, 2011            /s/ *Michael H. Rubin*
                                       David H. Kramer
14                                     Michael H. Rubin
                                       WILSON SONSINI GOODRICH & ROSATI
15                                     650 Page Mill Road
                                       Palo Alto, CA 94304-1050
16                                     Telephone:    (650) 493-9300
                                       Facsimile:    (650) 565-5100
17                                     Email: dkramer@wsgr.com
                                       Email: mrubin@wsgr.com
18
                                       Tonia Ouellette Klausner
19                                     Brian M. Willen
                                       WILSON SONSINI GOODRICH & ROSATI
20                                     1301 Avenue of the Americas
                                       40th Floor
21                                     New York, NY 10019
                                       Telephone:    (212) 999-5800
22                                     Facsimile:    (212) 999-5899
                                       Email: tklausner@wsgr.com
23                                     Email: bwillen@wsgr.com

24                                     *Attorneys for Defendant Google Inc.*

25
     DATE:  October 6, 2011            /s/ *Jonas Palmer Mann*
26                                     William M. Audet
                                       Jonas Palmer Mann
27                                     Joshua Caleb Ezrin
                                       AUDET & PARTNERS LLP
28                                     221 Main Street

1   Suite 1460
    San Francisco, CA 94105
2   Telephone:     (415) 982-1776
    Facsimile:     (415) 568-2556
3   Email: waudet@audetlaw.com
    Email: jmann@audetlaw.com
4   Email: jezrin@audetlaw.com

5   Robert K. Shelquist
    LOCKRIDGE GRINDAL NAUEN PLLP
6   Executive Committee Member
    100 Washington Avenue South
7   Suite 2200
    Minneapolis, MN 55401
8   Telephone:     (612) 339-6900
    Facsimile:     (612) 339-0981
9   Email: rkshelquist@locklaw.com

10  Joseph H. Malley
    LAW OFFICE OF JOSEPH H. MALLEY, PC
11  1045 North Zang Boulevard
    Dallas, TX 75208
12  Telephone:     (214) 943-6100
    Facsimile:     N/A
13  Email: malleylaw@gmail.com

14  **Attorneys for Plaintiffs Beverly Levine,**
    **Phillip Hall, Erin Hillman, and Theodore**
15  **Spradley**

16

17  Suzanne L. Havens Beckman
    David Christopher Parisi
18  Azita Moradmand
    PARISI & HAVENS LLP
19  15233 Valleyheart Drive
    Sherman Oaks, CA 91403
20  Telephone:  (818) 990-1299
    Facsimile:   (818) 501-7852
21  Email: shavens@parisihavens.com
    Email: dcparisi@parisihavens.com
22  Email: amoradmand@parisihavens.com

23  Avi Melech Kreitenberg
    KAMBERLAW, LLP
24  1180 South Beverly Drive
    Suite 601
25  Los Angeles, CA 90035
    Telephone:     (310) 400-1052
26  Facsimile:     (310) 400-1056
    Email: akreitenberg@kamberlaw.com

27  Scott A. Kamber
    David A. Stampley
28  KAMBERLAW, LLC

100 Wall Street
23rd Floor
New York, NY 10005-3704
Telephone:    (212) 920-3072
Facsimile:    (212) 290-3081
Email: skamber@kamberlaw.com
Email: dstampley@kamberlaw.com

***Attorneys for Plaintiff Juliann King***


Sara Dawn Avila
Gillian Leigh Wade
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone:    (310) 396-9600
Facsimile:    (310) 396-9635
Email: savila@milsteinadelman.com
Email: gwade@milsteinadelman.com

Howard W. Rubenstein
Richard A. Proaps
THE LAW OFFICES OF HOWARD W.
RUBENSTEIN
P.O. Box 4839
Aspen, CO 81612
Telephone:    (832) 715-2788
Facsimile:    (516) 688-0630
Email: howardr@pdq.net
Email: rproaps@aol.com

***Attorneys for Plaintiff Tracey Lipton***


Salim Khawaja
LAW OFFICE OF SALIM KHAWAJA
1010 Second Avenue
Suite 1750
San Diego, CA 92101
Telephone:    (619) 685-5300
Facsimile:    (619) 685-5344
Email: salimklaw@hotmail.com

Nabil Majed Nachawati, II
FEARS NACHAWATI LAW FIRM
4925 Greenville Avenue
Suite 715
Dallas, TX 75206
Telephone:    (214) 890-0711
Facsimile:    (214) 890-0712
Email: mn@fnlawfirm.com

Jeremy Reade Wilson
WILSON TROSCLAIR & LOVINS

302 North Market Street
Suite 501
Dallas, TX 75202
Telephone:     (214) 430-1930
Facsimile:      (214) 276-1475
Email: jeremy@wtlfirm.com

*Attorneys for Maritsa Urias and Stan Hines*

Donald Amamgbo
AMAMGBO & ASSOCIATES
6167 Bristol Parkway, #325
Culver City, CA 90230
Telephone:     (310) 337-1137
Facsimile:      (310) 337-1157
Email: donald@amamgbolaw.com

Reginald Terrell
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone:     (510) 237-9700
Facsimile:      (510) 237-4616
Email: reggiet2@aol.com

*Attorneys for Plaintiff Kendrick Cochran*

Steven T. Budaj
Donald J. Andrews, II
Paul M. Hughes
STEVEN T. BUDAJ, P.C.
65 Cadillac Square
Suite 2915
Detroit, MI 48226
Telephone:     (313) 964-6465
Facsimile:      (313) 447-2889
Email: stbudaj@counsel.cc
Email: j.andrews2@excite.com
Email: paul@attorneyhughes.com

*Attorneys for Plaintiffs Julie Brown and Kayla Molaski*

Aaron C. Mayer
MAYER LAW GROUP
18 Carolina Street
Suite B
Charleston, SC 29403
Telephone:     (843) 376-4929
Facsimile:      (888) 446-3963
Email: aaron@mayerlawgroup.com

*Attorneys for Jon Pessano, Nicholas Lawrence and Sid Laizer*
Brian W. Smith
SMITH & VANTURE, LLP
1615 Forum Place
Suite 4C
West Palm Beach, FL 33401
Telephone:   (561) 684-6330
Facsimile:   (561) 688-0630
Email:         bws@smithvanture.com

Howard W. Rubinstein
THE LAW OFFICES OF
        HOWARD W. RUBINSTEIN
P.O. Box 4839
Aspen, CO 81612
Telephone:   (832) 715-2788
Facsimile:   (561) 688-0630
Email: howardr@pdq.net

*Attorneys for Plaintiffs James and Jessica Jefferys*

E. Kirk Wood
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone:   (205) 612-0243
Facsimile:   (866) 747-3905
Email: ekirkwood1@bellsouth.net

Joe R. Whatley, Jr.
Whatley, Drake, & Kallas
2001 Park Place North
Suite 1000
Birmingham, AL 35203
Telephone:   (205) 328-9576
Facsimile:   (205) 328-9669
Email: hwhatley@wdklaw.com

*Attorneys for Plaintiffs Joan Smith and Bryan Hicks*

1  DATE: October 6, 2011                    /s/ *Betsy C. Manifold*
                                            Francis M. Gregorek
2                                           Betsy C. Manifold
                                            Rachele R. Rickert
3                                           Patrick H. Moran
                                            WOLF HALDENSTEIN ADLER
4                                           FREEMAN & HERZ LLP
                                            750 B Street
5                                           Suite 2770
                                            San Diego, California 92101
6                                           Telephone:   (619) 239-4599
                                            Facsimile:   (619) 234-4599
7                                           Email: gregorek@whafh.com
                                            Email: manifold@whafh.com
8                                           Email: rickert@whafh.com
9                                           Email: moran@whafh.com
10
                                            ***Liaison Counsel for Troy Yuncker and the***
11                                          ***Putative Yuncker Class***
12
13                                          Joseph J. Siprut (*Pro Hac Vice*)
                                            SIPRUT PC
14                                          122 South Michigan Avenue
                                            Suite 1850
15                                          Chicago, IL 60603
                                            Telephone:   (312) 588-1440
16                                          Facsimile:   (312) 427-1850
                                            Email: jsiprut@siprut.com
17
18                                          ***Attorneys for Troy Yuncker and the Putative***
                                            ***Yuncker Class***
19
20  DATE: October 6, 2011                   /s/ *Tyler G. Newby*
                                            Laurence F. Pulgram
21                                          Tyler G. Newby
                                            Sebastian E. Kaplan
22                                          FENWICK & WEST LLP
                                            555 California Street
23                                          Suite 1200
                                            San Francisco, CA 94104
24                                          Telephone:   (415) 875-2300
                                            Facsimile:   (415) 281-1350
25                                          Email: lpulgram@fenwick.com
                                            Email: tnewby@fenwick.com
26                                          Email: skaplan@fenwick.com
27
28                                          ***Attorneys for Defendant Pandora Media, Inc.***

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   SIGNED this <u>11</u> day of <u>October</u>, 20<u>11</u>.

4

5   _____

6   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE PROPOSED STIPULATED
PROTECTIVE ORDER           -8-          CASE NO. 11-MD-02264 JSW
                                                  CASE NO. 11-CV-03113 JSW