William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Mariana S. Cole (CA State Bar #269939)
mcole@audetlaw.com
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

*Counsel for Plaintiffs and the Class*
*(Additional Counsel listed on Signature Pages)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. M 11 2264 JSW <br><br> MDL No. 2264 |
| This Document Relates to <br><br> ALL CASES | **STIPULATION AND [PROPOSED ORDER] RE: MODIFICATION OF FILING DEADLINES** |
| TROY YUNCKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Defendant. | Case No. 11-CV-03113 JSW |

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, the original filing deadlines conflicted with the Thanksgiving Holiday, as well as the Christmas and New Year Holidays, and the parties are mindful of the substantial and unnecessarily prejudicial impact of the existing schedule,

1  WHEREAS, the parties have agreed that due to the complexity of the issues and
2 coordination with related cases, the filing deadlines should be set as follows;
3  It is therefore agreed that:
4  1. The Consolidated Master Class Action Complaint shall be continued from November
5     14, 2011 and filed on or before November 28, 2011;
6  2. Defendant's Motion to Dismiss, if any, shall be filed on or before January 27, 2012;
7  3. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed on or before
8     March 16, 2012;
9  4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss shall
10    be filed on or before April 13, 2012.

IT IS SO AGREED:

DATE: October 27, 2011        /s/ Michael S. Rubin
                              David H. Kramer
                              Michael H. Rubin
                              WILSON SONSINI GOODRICH & ROSATI
                              650 Page Mill Road
                              Palo Alto, CA 94304-1050
                              Telephone:   (650) 493-9300
                              Facsimile:   (650) 565-5100
                              Email:       dkramer@wsgr.com
                              Email:       mrubin@wsgr.com

                              Tonia Ouellette Klausner
                              Brian M. Willen
                              WILSON SONSINI GOODRICH & ROSATI
                              1301 Avenue of the Americas
                              40th Floor
                              New York, NY 10019
                              Telephone:   (212) 999-5800
                              Facsimile:   (212) 999-5899
                              Email:       tklausner@wsgr.com

                              **Attorneys for Defendant Google Inc.**

| | |
|---|---|
| DATE: October 27, 2011 | */s/ William M. Audet* |

William M. Audet
Jonas Palmer Mann
Mariana S. Cole
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone:   (415) 982-1776
Facsimile:   (415) 568-2556
Email:   waudet@audetlaw.com
Email:   jmann@audetlaw.com
Email:   mcole@audetlaw.com

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
100 Wall Street
23rd Floor
New York, NY 10005-3704
Telephone:   (212) 920-3072
Facsimile:   (212) 290-3081
Email:   skamber@kamberlaw.com
Email:   dstampley@kamberlaw.com

*Interim Class Counsel*

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
Executive Committee Member
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 339-6900
Facsimile:   (612) 339-0981
Email:   rkshelquist@locklaw.com

Joseph H. Malley
LAW OFFICE OF JOSEPH H. MALLEY, PC
1045 North Zang Boulevard
Dallas, TX 75208
Telephone:   (214) 943-6100
Facsimile:   N/A
Email:   malleylaw@gmail.com

```
 1
 2                          Avi Melech Kreitenberg
                            KAMBERLAW, LLP
 3                          1180 South Beverly Drive
                            Suite 601
 4                          Los Angeles, CA 90035
                            Telephone:    (310) 400-1052
 5                          Facsimile:    (310) 400-1056
                            Email:        akreitenberg@kamberlaw.com
 6
                            Joseph Jeremy Siprut
 7                          SIPRUT, PC
                            122 South Michigan Avenue
 8                          Suite 1850
                            Chicago, IL 60603
 9                          Telephone:    (312) 588-1440
                            Facsimile     (312) 427-1850
10                          Email:        jsiprut@siprut.com

11                          Salim Khawaja
                            LAW OFFICE OF SALIM KHAWAJA
12                          1010 Second Avenue
                            Suite 1750
13                          San Diego, CA 92101
                            Telephone:    (619) 685-5300
14                          Facsimile:    (619) 685-5344
                            Email:        salimklaw@hotmail.com
15
                            Steven T. Budaj
16                          Donald J. Andrews, II
                            Paul M. Hughes
17                          STEVEN T. BUDAJ, P.C.
                            65 Cadillac Square
18                          Suite 2915
                            Detroit, MI 48226
19                          Telephone:    (313) 964-6465
                            Facsimile:    (313) 447-2889
20                          Email:        stbudaj@counsel.cc
                            Email:        j.andrews2@excite.com
21                          Email:        paul@attorneyhughes.com

22                          Sara Dawn Avila
                            Gillian Leigh Wade
23                          MILSTEIN ADELMAN, LLP
                            2800 Donald Douglas Loop North
24                          Santa Monica, CA  90405
                            Telephone:    (310) 396-9600
25                          Facsimile:    (310) 396-935
                            Email:        savila@milsteinadelman.com
26                          Email:        gwade@milsteinadelman.com
27
28
```

| | |
|---|---|
| 1 | |
| 2 | Howard W. Rubinstein |
| | Richard A. Proaps |
| 3 | THE LAW OFFICES OF |
| |     HOWARD W. RUBINSTEIN |
| 4 | P.O. Box 4839 |

Howard W. Rubinstein
Richard A. Proaps
THE LAW OFFICES OF
    HOWARD W. RUBINSTEIN
P.O. Box 4839
Aspen, CO 81612
Telephone:   (832) 715-2788
Facsimile:    (561) 688-0630
Email:       howardr@pdq.net
Email:       rproaps@aol.com

Nabil Majed Nachawati, II
FEARS NACHAWATI LAW FIRM
4925 Greenville Avenue
Suite 715
Dallas, TX 75206
Telephone:   (214) 890-0711
Facsimile:    (214) 890-0712
Email:       mn@fnlawfirm.com

Aaron C. Mayer
MAYER LAW GROUP
18 Carolina Street
Suite B
Charleston, SC 29403
Telephone:   (843) 376-4929
Facsimile:    (888) 446-3963
Email:       aaron@mayerlawgroup.com

Donald Amamgbo
AMAMGBO & ASSOCIATES
6167 Bristol Parkway, #325
Culver City, CA 90230
Telephone:   (310) 337-1137
Facsimile:    (310) 337-1157
Email:       donald@amamgbolaw.com

Reginald Terrell
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone:   (510) 237-9700
Facsimile:    (510) 237-4616
Email:       reggiet2@aol.com

E. Kirk Wood
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone:    (205) 612-0243
Facsimile:    (866) 747-3905
Email:        ekirkwood1@bellsouth.net

Joe R. Whatley, Jr.
Whatley, Drake, & Kallas
2001 Park Place North
Suite 1000
Birmingham, AL 35203
Telephone:    (205) 328-9576
Facsimile:    (205) 328-9669
Email:        hwhatley@wdklaw.com

Jeremy Reade Wilson
WILSON TROSCLAIR & LOVINS
302 North Market Street
Suite 501
Dallas, TX 75202
Telephone:    (214) 430-1930
Facsimile:    (214) 276-1475
Email:        jeremy@wtlfirm.com

Brian W. Smith
SMITH & VANTURE, LLP
1615 Forum Place
Suite 4C
West Palm Beach, FL 33401
Telephone:    (561) 684-6330
Facsimile:    (561) 688-0630
Email:        bws@smithvanture.com

***Additional Class Counsel***

| | | |
|---|---|---|
| 1 | DATE: October 27, 2011 | /s/ Betsy Manifold |
| 2 | | Betsy Carol Manifold |
| | | Francis M Gregorek |
| 3 | | Patrick Hugh Moran |
| | | Rachel R. Rickert |
| 4 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ |

DATE: October 27, 2011        /s/ Betsy Manifold
                              Betsy Carol Manifold
                              Francis M Gregorek
                              Patrick Hugh Moran
                              Rachel R. Rickert
                              WOLF HALDENSTEIN ADLER FREEMAN
                                      & HERZ
                              Symphony Towers
                              750 B Street
                              Suite 2770
                              San Diego, CA 92101
                              Telephone:   (619) 239-4599
                              Facsimile:   (619) 234-4599
                              Email:       manifold@whafh.com
                              Email:       gregorek@whafh.com
                              Email:       moran@whafh.com
                              Email:       rickert@whafh.com

***Attorneys for Troy Yuncker*** in Case No. 11-CV-03113 JSW

DATE: October 27, 2011        /s/ Tyler Newby
                              Tyler Griffin Newby
                              Laurence F. Pulgram
                              Sebastian Elan Kaplan
                              FENWICK & WEST LLP
                              555 California Street
                              Suite 1200
                              San Francisco, CA 94104
                              Telephone:   (415) 875-2300
                              Facsimile:   (415) 281-1350
                              Email:       tnewby@fenwick.com
                              Email:       lpulgram@fenwick.com
                              Email:       skaplan@fenwick.com

***Attorneys Pandora Media, Inc.*** in Case No. 11-CV-03113 JSW

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SIGNED this __28__ day of __October__, 2011.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE