William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Mariana S. Cole (CA State Bar #269939)
mcole@audetlaw.com
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

Scott A. Kamber
skamber@kamberlaw.com
David A. Stampley
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

*Counsel for Plaintiffs and the Class*
*(Additional Counsel listed on Signature Pages)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW <br><br> MDL No. 2264 |
| This Document Relates to <br><br> ALL CASES | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEADLINES** |
| TROY YUNCKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Defendant. | Case No. 11 3113 JSW |

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, Google's response to the Amended Consolidated Complaint is currently due on January 27, 2012;

WHEREAS, the plaintiffs in *In re Google Inc. Android Consumer Privacy Litigation*, 11 CV 2264 (JSW), believe that the filing of an amended complaint in place of the Amended Consolidated Complaint filed on November 28, 2011, would benefit the parties and the Court (the "First Amended Consolidated Master Class Action Complaint" or "FACMCAC");

WHEREAS, plaintiffs' and Google's counsel have had multiple meet and confers about plaintiffs' Amended Consolidated Complaint filed on November 28, 2011, and Google agrees that the parties and the Court would benefit from the filing of an amended, clarified FACMCAC, in accordance with the terms of this Stipulation and Proposed Order;

WHEREAS the parties to this action and the parties to the related action of *Yuncker v Pandora Media*, 2011 CV 03113 (JSW), believe that these actions and the Court would benefit from continuing to have the *Yuncker* action proceed in tandem with *In re Google Inc. Android Consumer Privacy Litigation*, 11 CV 2264 (JSW); and

WHEREAS, the Parties have therefore agreed that plaintiffs in *In re Google Inc. Android Consumer Privacy Litigation* should be permitted to file a FACMCAC in accordance with the following:

1. All prior deadlines in these actions are hereby vacated;
2. The FACMCAC shall be filed and served on or before January 23, 2012;
3. Google's response to the FACMCAC, including any Motion to Dismiss, shall be filed and served on or before March 23, 2012;
4. If Google chooses to file a Motion to Dismiss, Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed on or before April 20, 2012;
5. Google's Reply to Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed and served on or before May 20, 2012;
6. No further amendment shall be permitted without leave of Court;

7. All deadlines in related action *Yuncker v Pandora Media*, 2011 CV 03113 (JSW), are also vacated, with new dates to be entered that track those set forth above so that the two actions can continue to progress in tandem.

IT IS SO AGREED:

DATE: December 15, 2011              *Michael H. Rubin*
                                                 Michael H. Rubin
                                                 David H. Kramer
                                                 WILSON SONSINI GOODRICH & ROSATI
                                                 650 Page Mill Road
                                                 Palo Alto, CA 94304-1050
                                                 Telephone:   (650) 493-9300
                                                 Facsimile:    (650) 565-5100
                                                 Email:         dkramer@wsgr.com
                                                 Email:         mrubin@wsgr.com

                                                 ***Attorney for Defendant Google Inc.***

DATE: December 15, 2011              *William M. Audet*
                                                 William M. Audet
                                                 Jonas P. Mann
                                                 Mariana S. Cole
                                                 AUDET & PARTNERS LLP
                                                 221 Main Street
                                                 Suite 1460
                                                 San Francisco, CA 94105
                                                 Telephone:   (415) 982-1776
                                                 Facsimile:    (415) 568-2556
                                                 Email:         waudet@audetlaw.com
                                                 Email:         jmann@audetlaw.com
                                                 Email:         mcole@audetlaw.com

                                                 Scott A. Kamber
                                                 David A. Stampley
                                                 KAMBERLAW, LLC
                                                 100 Wall Street
                                                 23rd Floor
                                                 New York, NY 10005-3704
                                                 Telephone:   (212) 920-3072
                                                 Facsimile:    (212) 290-3081
                                                 Email:         skamber@kamberlaw.com
                                                 Email:         dstampley@kamberlaw.com

                                               ***Interim Class Counsel***

| | | |
|---|---|---|
| 1 | | *Betsy Manifold* |
| 2 | DATE: December 15, 2011 | Betsy Carol Manifold |
| 3 | | Francis M Gregorek |
| | | Patrick Hugh Moran |
| 4 | | Rachel R. Rickert |
| 5 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ |
| 6 | | Symphony Towers |
| | | 750 B Street |
| 7 | | Suite 2770 |
| | | San Diego, CA 92101 |
| 8 | | Telephone: (619) 239-4599 |
| 9 | | Facsimile: (619) 234-4599 |
| | | Email: manifold@whafh.com |
| 10 | | Email: gregorek@whafh.com |
| | | Email: moran@whafh.com |
| 11 | | Email: rickert@whafh.com |
| 12 | | |
| | | ***Attorneys for Troy Yuncker*** in |
| 13 | | Case No. 11 CV 3113 JSW |
| 14 | | *Tyler G. Newby* |
| 15 | DATE: December 15, 2011 | Tyler Griffin Newby |
| | | Laurence F. Pulgram |
| 16 | | Sebastian Elan Kaplan |
| 17 | | FENWICK & WEST LLP |
| | | 555 California Street |
| 18 | | Suite 1200 |
| | | San Francisco, CA 94104 |
| 19 | | Telephone: (415) 875-2300 |
| 20 | | Facsimile: (415) 281-1350 |
| | | Email: tnewby@fenwick.com |
| 21 | | Email: lpulgram@fenwick.com |
| | | Email: skaplan@fenwick.com |
| 22 | | |
| 23 | | ***Attorneys for Pandora Media, Inc.*** in |
| | | Case No. 11 CV 3113 JSW |

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO**
2  **ORDERED.**

4  SIGNED this 16th day of   December   , 2011.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEADLINES