1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  PATRICK H. MORAN (270881)
   moran@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  750 B Street, Suite 2770
   San Diego, California 92101
6  Telephone: 619/239-4599
   Facsimile: 619/234-4599
7
   JOSEPH J. SIPRUT (Admitted *Pro Hac Vice*)
8  jsiprut@siprut.com
   SIPRUT PC
9  122 South Michigan Ave., Suite 1850
   Chicago, IL 60603
10 Telephone: 312/588-1440
   Facsimile: 312/427-1850
11
   Attorneys for Plaintiff and the Putative Class
12
   LAURENCE F. PULGRAM (CSB NO. 115163)
13 lpulgram@fenwick.com
   TYLER G. NEWBY (CSB No. 205790)
14 tnewby@fenwick.com
   FENWICK & WEST LLP
15 555 California Street, 12th Floor
   San Francisco, California 94104
16 Telephone:  (415) 875-2300
   Facsimile:   (415) 281-1350
17
   Attorneys for Defendant
18 PANDORA MEDIA, INC.

19
20                  UNITED STATES DISTRICT COURT
21                  NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| TROY YUNCKER, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant. | Case No. CV 11-3113-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PAGE LIMIT** |

STIPULATION AND [PROPOSED] ORDER RE:
MODIFICATION OF PAGE LIMIT

CASE NO. CV 11-3113-JSW

1  The parties in the above-entitled action, by and through their respective attorneys, hereby
2  stipulate to the following:
3  WHEREAS, Plaintiff has filed a First Amended Class Action Complaint ("FAC") that
4  alleges eleven (11) separate claims for relief against Defendant Pandora, Inc. ("Pandora");
5  WHEREAS, Pandora's response to the FAC is currently due on March 23, 2012;
6  WHEREAS, Pandora anticipates that it will file a Motion to Dismiss each of the claims
7  asserted in the FAC;
8  WHEREAS, this Court's Civil Standings Orders specify that a brief in support of, in
9  opposition to, or in reply to a motion, except motions for summary judgment or claim
10 construction, shall not exceed 15 pages;
11 WHEREAS, Pandora's Motion to Dismiss will require separate arguments as to the
12 sufficiency of each of the 11 claims asserted in the FAC several of which involve complex areas
13 of federal and state law;
14 WHEREAS, counsel for Pandora and counsel for Plaintiff have met and conferred, and
15 agree that the page limit for Pandora's Motion to Dismiss, Plaintiff's Opposition to Pandora's
16 Motion, and Pandora's Reply in support of its Motion should be increased;
17 IT IS SO AGREED that:
18 (1) Pandora shall be permitted to file a brief in support of its Motion to Dismiss the FAC
19    not to exceed thirty (30) pages;
20 (2) Plaintiffs shall be permitted to file an Opposition brief in response to Pandora's
21    Motion to Dismiss not to exceed thirty (30) pages; and
22 (3) Pandora shall be permitted to file a Reply in support of its Motion to Dismiss not to
23    exceed 15 pages.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE:
MODIFICATION OF PAGE LIMIT                1                CASE NO. CV 11-3113-JSW

| | |
|---|---|
| Dated: March 8, 2012 | FENWICK & WEST LLP |
| | By: */s/ Tyler G. Newby* |
| | Tyler G. Newby |
| | Attorneys for Defendant PANDORA MEDIA, INC. |
| Dated: March 8, 2012 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| | By: */s/ Betsy Manifold* |
| | Betsy Manifold |
| | Attorneys for Plaintiff Troy Yuncker |

## CERTIFICATION

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PAGE LIMIT.** In compliance with General Order 45.X.B, I hereby attest that Betsy Manifold has concurred in this filing.

DATED: March 8, 2012  By /s/ Tyler G. Newby
TYLER G. NEWBY (CSB No. 205790)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350
tnewby@fenwick.com

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO**
2  **ORDERED.**
3  SIGNED this __8th__ day of __March_____, 2012
4  _____
    Jeffrey S. White
    United States District Court Judge