FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
PATRICK H. MORAN (270881)
moran@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

JOSEPH J. SIPRUT (*Pro Hac Vice*)
jsiprut@siprut.com
SIPRUT PC
122 South Michigan Ave.
Suite 1850
Chicago, IL 60603
Telephone: 312/588-1440
Facsimile: 312/427-1850

Counsel for Plaintiff Troy Yuncker

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY YUNCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant | Case No. 11-cv-3113 (JSW)<br><br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEADLINES** |
| IN RE: GOOGLE INC., ANDROID CONSUMER PRIVACY LITIGATION<br><br><br>This Document Relates to<br><br>ALL CASES | Case No. 11-cv-2264 (JSW)<br><br>MDL No. 2264 |

STIPULATION AND [PROPOSED ORDER] - Case No. 3:11-CV-2157-JSW; MDL NO. 2264

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate the following:

WHEREAS, Pandora's Motion to Dismiss the First Amended Consolidated Complaint in *Yuncker v. Pandora Media, Inc.* [("Pandora")], No. 11-cv-3113 (JSW) was filed on March 23, 2012;

WHEREAS, the opposition of plaintiff Troy Yuncker to Pandora's Motion to Dismiss is due on or before April 20, 2012;

WHEREAS, one of the counsel for plaintiff Troy Yuncker, who has the lead responsibility in briefing the opposition, has a family emergency and requests an additional two weeks to file an opposition;

WHEREAS, Defendant Pandora does not oppose this request;

WHEREAS, the parties to the *Yuncker* action and the parties to the related action of *In re Google Inc. Android Consumer Privacy Litigation*, No. 11-cv-2264 (JSW) have met and conferred and believe that these actions and the Court would benefit from continuing to have the *Yuncker* and *Google* actions proceed in tandem;

WHEREAS, the Parties have therefore agreed that plaintiff Troy Yuncker in the *Yuncker* action should be permitted to extend the time to file an opposition in accordance with the following:

1. All prior deadlines in these actions are hereby vacated;
2. Plaintiffs' Opposition to Pandora's Motion to Dismiss shall be filed on or before May 9, 2012;
3. Pandora's Reply to Plaintiffs' Opposition to Pandora's Motion to Dismiss shall be filed and served on or before June 22, 2012;
4. No further amendment shall be permitted without leave of Court;

STIPULATION AND [PROPOSED] ORDER] - Case No. 3:11-CV-2157-JSW; MDL NO. 22

- 1 -

5. All deadlines in the related action *In re Google Inc. Android Consumer Privacy Litigation*, No. 11-cv-2264 (JSW), are also vacated, with new dates to be entered that track those set forth above so that the two actions can continue to progress in tandem.

IT IS SO AGREED:

DATED: April 13, 2012           /s/Betsy C. Manifold
                                Betsy C. Manifold
                                Francis M. Gregorek
                                Patrick H. Moran
                                Rachele R. Rickert
                                WOLF HALDENSTEIN ADLER FREEMAN &
                                HERZ LLP
                                Symphony Towers
                                750 B Street, Suite 2770
                                San Diego, CA 92101
                                Telephone: (619) 239-4599
                                Facsimile: (619) 234-4599
                                Email: manifold@whafh.com
                                Email: gregorek@whafh.com
                                Email: moran@whafh.com
                                Email: rickert@whafh.com

                                **Attorneys for *Troy Yuncker*** in
                                Case No. 11-cv-3113 (JSW)

DATED: April 13, 2012           /s/Tyler G. Newby
                                Tyler Griffin Newby
                                Laurence F. Pulgram
                                Sebastian Elan Kaplan
                                FENWICK & WEST LLP
                                555 California Street, Suite 1200
                                San Francisco, CA 94104
                                Telephone: (415) 875-2300
                                Facsimile: (415) 281-1350
                                Email: tnewby@fenwick.com
                                Email: lpulgram@fenwick.com
                                Email: skaplan@fenwick.com

                                **Attorneys for *Pandora Media, Inc.*** in
                                Case No. 11-cv-3113 (JSW)

STIPULATION AND [PROPOSED] ORDER] - Case No. 3:11-CV-2157-JSW; MDL NO. 2264

- 2 -

| | | |
|---|---|---|
| 1 | DATED: April 13, 2012 | /s/Michael H. Rubin |
| 2 | | Michael H. Rubin |
| | | David H. Kramer |
| 3 | | WILSON SONSINI GOODRICH & ROSATI |
| | | 650 Page Mill Road |
| 4 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 5 | | Facsimile: (650) 565-5100 |
| | | Email: dkramer@wsgr.com |
| 6 | | Email: mrubin@wsgr.com |

**Attorney for Defendant Google Inc.** in
Case No. 11-cv-2264 (JSW)

DATED: April 13, 2012                                    /s/William M. Audet

William M. Audet
Jonas P. Mann
Mariana S. Cole
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com
Email: jmann@audetlaw.com
Email: mcole@audetlaw.com

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
100 Wall Street. 23rd Floor
New York, NY `10005-3704
Telephone: (212) 920-3072
Facsimile: (212) 290-3081
Email: skamber@kamberlaw.com
Email: dstampley@kamberlaw.com

**Interim Class Counsel** in
Case No. 11-cv-2264 (JSW)

STIPULATION AND [PROPOSED ORDER] - Case No. 3:11-CV-2157-JSW; MDL NO. 2264

1 |     PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO
2 | ORDERED.
3 | SIGNED this 16 day of April, 2012.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED ORDER] - Case No. 3:11-CV-2157-JSW; MDL NO. 2264

- 4 -