LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
DAVID C. MARTY (CSB No. 273417)
dmarty@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
PANDORA MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY YUNCKER, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant. | Case No. CV 11-3113-JSW<br><br>[~~PROPOSED~~] ORDER STRIKING IN PART PLAINTIFF'S SUPPLEMENTAL STATEMENT OF RECENT DECISION<br><br>Dept: Courtroom 11<br>Before: The Honorable Jeffrey S. White |

The Court, having read and considered Defendant Pandora Media, Inc.'s Response and Request to Strike Plaintiff's Supplemental Statement of Recent Decision, and finding good cause, hereby strikes ~~Plaintiff's Supplemental Statement [Dkt No. 62] from the record~~. lines 8-18 of Plaintiff's Supplemental Statement of Recent Decision.

IT IS SO ORDERED.

Dated: February 19, 2013

_____
Honorable Jeffrey S. White