| | |
|---|---|
| 1 | William M. Audet (CA State Bar #117456) |
| | waudet@audetlaw.com |
| 2 | Jonas P. Mann (CA State Bar #263314) |
| | jmann@audetlaw.com |
| 3 | Audet & Partners, LLP |
| | 221 Main Street, Suite 1460 |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 568-2555 |
| 5 | |
| | Scott A. Kamber (*pro hac vice*) |
| 6 | skamber@kamberlaw.com |
| | David A. Stampley (*pro hac vice*) |
| 7 | dstampley@kamberlaw.com |
| | KamberLaw, LLC |
| 8 | 100 Wall Street, 23rd Floor |
| | New York, New York 10005 |
| 9 | Telephone: (212) 920-3072 |
| | Facsimile: (212) 202-6364 |
| 10 | |

*Counsel for Plaintiffs and the Class*
*(Additional Counsel listed on Signature Pages)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW<br><br>MDL No. 2264 |
| This Document Relates to<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEADLINES** AS MODIFIED |
| TROY YUNCKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PANDORA MEDIA, INC.,<br><br>        Defendant. | Case No. 11 3113 JSW |

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following

WHEREAS, on March 26, 2013, this Court granted the Motions to Dismiss filed by Defendant Google Inc. and Defendant Pandora Media, Inc. with leave to amend and ordered the Plaintiffs in both the *Android* and *Yuncker* actions to file Amended Complaints by April 25, 2013;

WHEREAS, Plaintiffs in the *Android* action are in the process of collecting additional information from all named Plaintiffs and consulting with their retained experts to further analyze data in preparation for filing their Second Amended Complaint;

WHEREAS, one of Plaintiffs' lead counsel in the *Android* action had an unexpected family emergency requiring him to take time off from work and away from this action;

WHEREAS, the Parties to *Android* and *Yuncker* actions believe that these actions and the Court would benefit from continuing to have the *Yuncker* action proceed in tandem with the *Android* action; and

WHEREAS, to accommodate the additional time needed by Plaintiffs in the *Android* action and the associated impact on the schedules of counsel for the other Parties, all Parties have therefore agreed that the deadlines for filing Amended Complaints and the associated responsive briefing should be modified in accordance with the following:

1. The Second Amended Complaint in the *Android* action shall be filed and served on or before May 9, 2013;
2. Google's response to the Second Amended Complaint, including any Motion to Dismiss, shall be filed and served on or before May 30, 2013;
3. If Google chooses to file a Motion to Dismiss, Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed on or before June 20, 2013;
4. Google's Reply to Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed and served on or before July 8, 2013;
5. No further amendment shall be permitted without leave of Court;

6. All corresponding deadlines in *Yuncker v Pandora Media*, 2011 CV 03113 (JSW) are vacated with new dates to be entered that track those set forth above so that the two actions can continue to progress in tandem.

IT IS SO AGREED:

DATE: April 22, 2013          */s/ Jonas P. Mann*
William M. Audet
Jonas P. Mann
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com
Email: jmann@audetlaw.com

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
100 Wall Street
23rd Floor
New York, NY 10005-3704
Telephone: (212) 920-3072
Facsimile: (212) 290-3081
Email: skamber@kamberlaw.com
Email: dstampley@kamberlaw.com

***Interim Class Counsel***

STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF DEADLINES

| | |
|---|---|
| DATE: April 22, 2013 | /s/ *Michael H. Rubin* |
| | Michael H. Rubin |
| | Evan M. W. Stern |
| | WILSON SONSINI GOODRICH & ROSATI |
| | One Market, Spear Street Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |
| | Email: mrubin@wsgr.com |
| | Email: estern@wsgr.com |
| | |
| | Brian M. Willen |
| | WILSON SONSINI GOODRICH & ROSATI |
| | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| | Telephone: (212) 497-7700 |
| | Email: bwillen@wsgr.com |
| | |
| | ***Attorneys for Defendant Google Inc.*** |
| | |
| | /s/ *Betsy Carol Manifold* |
| DATE: April 22, 2013 | Betsy Carol Manifold |
| | Francis M Gregorek |
| | Patrick Hugh Moran |
| | Rachel R. Rickert |
| | WOLF HALDENSTEIN ADLER FREEMAN & HERZ |
| | Symphony Towers |
| | 750 B Street |
| | Suite 2770 |
| | San Diego, CA 92101 |
| | Telephone: (619) 239-4599 |
| | Facsimile: (619) 234-4599 |
| | Email: manifold@whafh.com |
| | Email: gregorek@whafh.com |
| | Email: moran@whafh.com |
| | Email: rickert@whafh.com |
| | |
| | ***Attorneys for Troy Yuncker*** in Case No. 11 CV 3113 JSW |

DATE: April 22, 2013

    */s/ Tyler Griffin Newby*
Tyler Griffin Newby
Laurence F. Pulgram
Sebastian Elan Kaplan
FENWICK & WEST LLP
555 California Street
Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: tnewby@fenwick.com
Email: lpulgram@fenwick.com
Email: skaplan@fenwick.com

***Attorneys for Pandora Media, Inc.*** in Case No. 11 CV 3113 JSW

If Defendants move to dismiss, they must notice the motion or motions to be heard on a date no earlier than two weeks after the deadline for the reply, i.e. no earlier than July 26, 2013. In addition, the parties must select a hearing date that is open for terminal digits 1 and 2.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SIGNED this _23_ day of _April_____, 2013.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE