MICHAEL H. RUBIN, State Bar No. 214636
EVAN M. W. STERN, State Bar No. 264851
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Street Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendant Google Inc.*
*(Additional Counsel listed on Signature Pages)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW |
| | MDL No. 2264 |
| This Document Relates to<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br>Case No. 11 3113 JSW |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PANDORA MEDIA, INC.,<br><br>        Defendant. | |

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, at the September 23, 2011 initial case management conference in the *Android* and *Yuncker* actions, the Court explained that it would schedule a further case management conference in its "first substantive order" and if, at that time, the parties had "nothing to report" they may submit a stipulation so stating (*Android* Dkt No. 18 at 15:24–16:5);

WHEREAS, in conjunction with its March 26, 2013 Orders in both the *Android* and *Yuncker* actions, the Court scheduled a further case management conference for May 31, 2013;

WHEREAS, plaintiffs in both the *Android* and *Yuncker* actions filed Second Amended Class Action Complaints ("SAC"s) on May 9, 2013, Google and Pandora are currently preparing Motions to Dismiss the SACs filed in their respective actions, there has been no other activity in either case since the Court issued its March 26, 2013 Orders, and the parties have nothing further to report;

WHEREAS, the counsel for Google, Pandora, and the *Android* and *Yuncker* plaintiffs have met and conferred, and agree that the case management conference for both actions should be continued until thirty days after the Court rules on the forthcoming Motions to Dismiss in both actions, if the Court deems that such a conference is still necessary at that time;

IT IS SO AGREED that:

The case management conference currently scheduled for May 31, 2013 in the *Android* and *Yuncker* actions is continued until thirty days after the Court rules on the forthcoming Motions to Dismiss in both actions, if the Court deems that such a conference is still necessary at that time.

-2-

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

| | | |
|---|---|---|
| 1 | DATE: May 16, 2013 |     */s/ Michael H. Rubin* |

DATE: May 16, 2013                    */s/ Michael H. Rubin*
Michael H. Rubin
Evan M. W. Stern
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Street Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email:   mrubin@wsgr.com
Email:   estern@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Email:   bwillen@wsgr.com

***Attorneys for Defendant Google Inc.***

DATE: May 16, 2013                    */s/ William M. Audet*
William M. Audet
Jonas P. Mann
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone:   (415) 982-1776
Facsimile:   (415) 568-2556
Email:       waudet@audetlaw.com
Email:       jmann@audetlaw.com

***Interim Class Counsel***

1  DATE: May 16, 2013              /s/ Joseph J. Siprut
2                                 JOSEPH J. SIPRUT (*Pro Hac Vice*)
3                                 ALEKSANDRA M. S. VOLD
                                  PETER K. CARLSON
4                                 17 N. State Street
                                  Suite 1600
5                                 Chicago, Illinois 60602
                                  Telephone: 312/236-0000
6                                 Facsimile: 312/948-9212
7                                 *jsiprut@siprut.com*
                                  *avold@siprut.com*
8                                 *pcarlson@siprut.com*

                                  ***Attorneys for Plaintiffs and the Putative Classes*** in
                                  Case No. 11 CV 3113 JSW

11 DATE: May 16, 2013              /s/ Tyler Griffin Newby
12                                Tyler Griffin Newby
                                  Laurence F. Pulgram
13                                Sebastian Elan Kaplan
14                                FENWICK & WEST LLP
                                  555 California Street
15                                Suite 1200
16                                San Francisco, CA 94104
                                  Telephone:    (415) 875-2300
17                                Facsimile:    (415) 281-1350
                                  Email:        tnewby@fenwick.com
18                                Email:        lpulgram@fenwick.com
                                  Email:        skaplan@fenwick.com
19

20                                ***Attorneys for Pandora Media, Inc.*** in
                                  Case No. 11 CV 3113 JSW

-4-

STIPULATION AND [~~PROPOSED~~] ORDER
RE: ~~MODIFICATION OF PAGE LIMIT~~

1 | **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.** The case management conferences scheduled for May 31, 2013, are VACATED and shall be reset by further order of the Court after the motions to dismiss are resolved.

2

3

4  SIGNED this __17th__ day of __May_____, 2013.

5

6  _____
   JEFFREY S. WHITE
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28