DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
EVAN M. W. STERN, State Bar No. 264851
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: mrubin@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendant Google Inc.*
*(Additional Counsel listed on Signature Pages)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW <br><br> MDL No. 2264 |
| This Document Relates to <br><br> ALL CASES | **STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF PAGE LIMIT** AS MODIFIED HEREIN |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Defendant. | Case No. 11 3113 JSW |

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, plaintiffs in the *Android* action have filed a Second Amended Class Action Complaint ("SAC") that alleges claims for relief against defendant Google acting in multiple capacities;

WHEREAS, the *Android* action involves nine separate cases coordinated in this Court for pretrial proceedings by the Judicial Panel on Multidistrict Litigation;

WHEREAS, plaintiff in the *Yuncker* action has filed an SAC that alleges multiple separate claims for relief against defendant Pandora;

WHEREAS, on April 23, 2013, the Court ordered that Google's and Pandora's responses to the SACs filed in their respective actions, including any Motions to Dismiss, shall be filed on or before May 30, 2013, that if Google and/or Pandora chooses to file a Motion to Dismiss, Plaintiffs' Oppositions shall be filed on or before June 20, 2013, and that Google's and Pandora's Replies to Plaintiffs' Oppositions shall be filed and served on or before July 8, 2013;

WHEREAS, Google and Pandora intend to file a Motion to Dismiss each of the claims asserted in the respective SACs;

WHEREAS, this Court's Civil Standing Orders specify that a brief in support of, in opposition to, or in reply to a motion, except motions for summary judgment or claim construction, shall not exceed 15 pages;

WHEREAS, Google's Motion to Dismiss will require separate arguments as to the sufficiency of each of the claims asserted in the *Android* SAC, as well as separate arguments relating to the different capacities in which Google has been sued, which arguments collectively involve complex areas of federal and state law and will require space beyond the 15-page default limit set by this Court's Civil Standing Order;

WHEREAS, Pandora's Motion to Dismiss will require separate arguments as to the sufficiency of each of the claims asserted in the *Yuncker* SAC, including as those claims apply to three newly added plaintiffs who used different versions of the Pandora mobile applications,

1 which arguments involve complex areas of law and will require space beyond the 15-page
2 default limit set by this Court's Civil Standing Order;
3     WHEREAS, the parties to the *Android* and *Yuncker* actions all stipulated to extend the
4 page limitations for the first Motions to Dismiss filed in their respective actions and the Court
5 entered those stipulations (*Android* Dkt No. 28, *Yuncker* Dkt No. 53);
6     WHEREAS, counsel for Google, Pandora, and the *Android* and *Yuncker* plaintiffs have
7 met and conferred, and agree that the page limit for both Google's and Pandora's Motions to
8 Dismiss, plaintiffs' Oppositions to both Google's and Pandora's motions, and both Google's and
9 Pandora's Replies in support of their respective motions should be increased;
10     IT IS SO AGREED that:
11     (1) Google and Pandora shall both be permitted to file a brief in support of their
12         respective Motions to Dismiss not to exceed 25 pages;
13     (2) Plaintiffs in both the *Android* and *Yuncker* actions shall be permitted to file
14         Opposition briefs in response to the Motions to Dismiss in their respective actions not
15         to exceed 25 pages; and
16     (3) Google and Pandora shall both be permitted to file Reply briefs in support of their
17         respective Motions to Dismiss not to exceed 15 pages.

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

| | | |
|---|---|---|
| 1 | DATE: May 16, 2013 |       */s/ Michael H. Rubin* |
| 2 | | David H. Kramer |
| | | Michael H. Rubin |
| 3 | | Evan M. W. Stern |
| | | WILSON SONSINI GOODRICH & ROSATI |
| 4 | | Professional Corporation |
| | | 650 Page Mill Road |
| 5 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 6 | | Facsimile: (650) 493-6811 |
| | | Email: dkramer@wsgr.com |
| 7 | | Email: mrubin@wsgr.com |
| | | Email: estern@wsgr.com |

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Email: bwillen@wsgr.com

***Attorneys for Defendant Google Inc.***

DATE: May 16, 2013       */s/ William M. Audet*

William M. Audet
Jonas P. Mann
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com
Email: jmann@audetlaw.com

***Interim Class Counsel***

-4-

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
RE: MODIFICATION OF PAGE LIMIT

| | | |
|---|---|---|
| 1 | DATE: May 16, 2013 |    */s/ Joseph J. Siprut* |
| 2 | | JOSEPH J. SIPRUT (*Pro Hac Vice*) |
| | | ALEKSANDRA M. S. VOLD |
| 3 | | PETER K. CARLSON |
| 4 | | 17 N. State Street |
| | | Suite 1600 |
| 5 | | Chicago, Illinois 60602 |
| 6 | | Telephone: 312/236-0000 |
| | | Facsimile: 312/948-9212 |
| 7 | | *jsiprut@siprut.com* |
| | | *avold@siprut.com* |
| 8 | | *pcarlson@siprut.com* |

***Attorneys for Plaintiffs and the Putative Classes*** in
Case No. 11 CV 3113 JSW

DATE: May 16, 2013    */s/ Tyler Griffin Newby*

Tyler Griffin Newby
Laurence F. Pulgram
Sebastian Elan Kaplan
FENWICK & WEST LLP
555 California Street
Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: tnewby@fenwick.com
Email: lpulgram@fenwick.com
Email: skaplan@fenwick.com

***Attorneys for Pandora Media, Inc.*** in
Case No. 11 CV 3113 JSW

-5-

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

~~PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.~~ The Court is familiar with the facts of this case and issues presented. The Court will grant the request for additional pages, but it does not find good cause to grant twenty-five pages. Accordingly, the opening and opposition briefs shall not exceed twenty pages. The replies shall not exceed twelve pages.

SIGNED this 17th day of May, 2013.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

It is FURTHER ORDERED that the Plaintiffs in each of these cases shall file red-lined versions of the complaint by no later than May 31, 2013.

-6-

STIPULATION AND [~~PROPOSED~~] ORDER
RE: MODIFICATION OF PAGE LIMIT