William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555 Telephone
(415) 568-2556 Facsimile

*Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW <br><br> MDL No. 2264 |
| This Document Relates to <br><br> ALL CASES | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |
| TROY YUNCKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Defendant. | Case No. 11 3113 JSW |

MDL No. 2264 M 11 2264 JSW

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT

1   WHEREAS, the earliest of the Court's hearing dates on which all counsel in both cases are available is October 4, 2013;

WHEREAS, defendants in both actions have noticed their motions to dismiss for hearing on October 4, 2013;

WHEREAS under the current schedule, as reflected in the Court's Stipulation and Order dated April 22, 2013, the Plaintiffs' opposition to Defendants' Motions to Dismiss is due on or before June 20, 2013 and Defendants' Reply briefs are due on July 8, 2013;

WHEREAS the current schedule and that sought by this Stipulation were negotiated to accommodate various competing obligations of counsel, both professional and personal;

WHEREAS, due to the nature of the issues raised, Plaintiffs would like additional time to oppose the motions to dismiss;

WHEREAS, in light of the parties' schedules, an agreement has been reached, subject to the Court's approval, to modify the briefing schedule set out in the April 22, 2013 Stipulation and Order to provide additional time for the parties to brief the motion to dismiss;

THEREFORE, the parties agree as follows:

1. The deadlines set forth in the April 22, 2013 Stipulation and Order for Plaintiffs' Opposition and Google's Reply shall be vacated and the following deadlines shall apply:

   a. Plaintiffs' Opposition to Google's Motion to Dismiss The Second Amended Consolidated Class Action Complaint shall be filed and served on or before **July 19, 1013;**

   b. Google's Reply to Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed and served on or before **August 14, 2013**; and

2. All corresponding deadlines in *Yuncker v Pandora Media*, 2011 CV 03113 (JSW) are vacated with new dates to be entered that track those set forth above so that the two actions can continue to progress in tandem.

3. If the Court is unable or unwilling to enter the proposed new schedule for the Opposition and Reply briefs set forth above, the parties respectfully request that the Court leave in place the current schedule reflected in the April 22, 2013 Stipulation and Order.

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

**IT IS SO AGREED:**

Dated June 7, 2013                    AUDET & PARTNERS, LLP
*/s/ Jonas P. Mann*
William M. Audet
Jonas P. Mann (CA State Bar #263314)
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
jmann@audetlaw.com

*Attorneys for Plaintiffs*

DATE: June 7, 2013               */s/ Michael H. Rubin*
David H. Kramer
Michael H. Rubin
Evan M. W. Stern
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 493-6811
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Email: estern@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Email:   bwillen@wsgr.com

*Attorneys for Defendant Google Inc.*

2           MDL No. 2264 M 11 2264 JSW
STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE
FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

| | | |
|---|---|---|
| 1 | DATE: June 7, 2013 | /s/ Joseph J. Siprut |
| 2 | | Joseph J. Siprut |
| | | jsiprut@siprut.com |
| 3 | | Aleksandra M.S. Vold |
| 4 | | avold@siprut.com |
| | | Peter K. Carlson |
| 5 | | pcarlson@siprut.com |
| 6 | | SIPRUT PC |
| | | 17 North State Street |
| 7 | | Suite 1600 |
| 8 | | Chicago, Illinois 60602 |
| | | 312.236.0000 |
| 9 | | Fax: 312.878.1342 |

**Attorneys for Troy Yuncker** in Case No. 11 CV 3113 JSW

DATE: June 7, 2013

/s/ Tyler G. Newby
Tyler Griffin Newby
Laurence F. Pulgram
Sebastian Elan Kaplan
FENWICK & WEST LLP
555 California Street
Suite 1200
San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
Email:     tnewby@fenwick.com
Email:     lpulgram@fenwick.com
Email:     skaplan@fenwick.com

**Attorneys for Pandora Media, Inc.** in Case No. 11 CV 3113 JSW

---

3     MDL No. 2264 M 11 2264 JSW

STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

1   **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO**
2   **ORDERED.**
3
4   Dated: June __10__, 2013.
5
6   _____
    JEFFREY S. WHITE
7   UNITED STATES DISTRICT JUDGE