**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY YUNKER,

        Plaintiff,

  v.

PANDORA MEDIA, INC.,

        Defendant.

_____/

No. 11-CV-03113 JSW

**ORDER VACATING HEARING ON PANDORA MEDIA, INC.'S MOTION TO DISMISS**

This matter is scheduled for a hearing on the motion to dismiss filed by Defendant Pandora Media, Inc..  The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b).  The Court VACATES the hearing scheduled for October 4, 2013. The motion is deemed submitted, and the Court shall issue a written ruling in due course.  If the parties wish to bring additional authority to the attention of the Court, they may submit notices of additional authority and need not seek leave of court to do so.

      **IT IS SO ORDERED.**

Dated: September 24, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE