IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY YUNKER, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>PANDORA MEDIA, INC.,<br><br>　　　Defendant.<br>_____/ | No. 11-CV-03113 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' joint case management conference statement dated June 6, 2014. On September 23, 2011, the Court determined that this matter should run parallel to the related case, *In re Google Android Consumer Privacy Litigation*, 11-md-2264-JSW ("*In re Google*"). (*See* Docket No. 42.) The Court has continued the case management conference in *In re Google* from June 13, 2014 to August 8, 2014 at 11:00 a.m. Accordingly, the Court CONTINUES the case management conference set in this case as well.

The Court is tentatively inclined to adopt Pandora's suggestions to phase discovery and to focus the first phase on the issue of standing. The parties shall submit a supplemental case management statement by no later than August 1, 2014, that elaborates on their respective positions as to why the Court should - or should not - adopt Pandora's proposal.

**IT IS SO ORDERED.**

Dated: June 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE